UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MICHAEL KRESS** | **CIVIL ACTION** |
| **VERSUS** | **NO: 12-2380** |
| **MASONRY SOLUTIONS INTERNATIONAL, INC.** | **SECTION: "K"(1)** |

# CALL DOCKET

The United State of America in the above-captioned matter declined intervention on May 8, 2013.  There is no record of service on or appearance by defendant, Masonry Solutions International, Inc.

IT IS ORDERED that plaintiff shall show cause on or before March 13, 2014, by written memorandum or motion, as is appropriate, why this defendant should not be dismissed for plaintiff's failure to serve within 120 days of filing the complaint as required under Fed. R. Civ. P. 4(m), Accordingly,

**FAILURE TO COMPLY WITH THIS MINUTE ENTRY SHALL RESULT IN DISMISSAL WITHOUT FURTHER NOTICE.**

New Orleans, Louisiana this __13th__ day of February, 2014.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE