UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex. rel., MICHAEL KRESS | CIVIL ACTION |
| VERSUS | NO. 12-2380-SRD-SS |
| MASONRY SOLUTIONS<br>INTERNATIONAL, INC. | |

### ORDER

On December 4, 2014, Masonry Solutions, Inc. ("MSI") was ordered to serve the relator, Michael Kress ("Kress"), with supplemental discovery responses by December 19, 2014. Rec. doc. 37. MSI appealed this order. On January 26, 2015, the District Judge issued an order denying the appeal. Rec. doc. 56.

IT IS ORDERED that by **noon on Monday, February 2, 2015**, MSI shall serve Kress with supplemental discovery responses as required by the December 4, 2014 discovery order (Rec. doc. 37).

New Orleans, Louisiana, this 27th day of January, 2015.

                                                                                  _____
                                                                                  **SALLY SHUSHAN**
                                                                                  **U.S. Magistrate Judge**