**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**UNITED STATES OF AMERICA**                                    **CIVIL ACTION**
**ex. rel., MICHAEL KRESS**

**VERSUS**                                                                      **NO. 12-2380**

**MASONRY SOLUTIONS**
**INTERNATIONAL, INC.**                                            **SECTION "K"(1)**

### JUDGMENT

Considering the foregoing Order,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment herein in

favor of Masonry Solutions, Inc., and against Relator, Michael Kress, dismissing Relator's

Complaint with prejudice at Relator's cost.

New Orleans, Louisiana, this __8th__ day of _____June_____, 2015.

_____
**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT JUDGE**